IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DION V. ZESSIN, | ) | CASE NO. 8:07CV247 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| NEBRASKA HEALTH AND HUMAN SERVICES, LINCOLN REGIONAL CENTER, and NEBRASKA DEPARTMENT OF CORRECTIONS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff, Dion V. Zessin's, Motion to Dismiss. In his motion, the plaintiff moves this court to dismiss his case because he is unable to proceed with the case at this time. (Filing No. 10.) The motion is granted and the plaintiff's Complaint and this action are dismissed without prejudice.

IT IS THEREFORE ORDERED THAT:

1. The plaintiff's Motion to Dismiss (Filing No. 9) is granted;

2. The plaintiff's Complaint and this action are dismissed without prejudice; and

3. A separate judgment will be entered.

DATED this 10th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge